UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

GILBERT M. MARTINEZ,                          :
                          Plaintiff           :
                                              :
          v.                                  :          No. 5:20-cv-1891
                                              :
UNITED STATES OF AMERICA *et al.*,            :
                          Defendants          :

## O R D E R

**AND NOW**, this 20th day of April, 2020, upon consideration of Plaintiff Gilbert M. Martinez's Motion to Proceed *In Forma Pauperis*, ECF No. 1; *pro se* Complaint, ECF No. 2; "Motion for Preliminary Injunction Relief," ECF No. 3; and for the reasons set forth in the Opinion issued this date,  **IT IS ORDERED THAT**:

1.      The Motion to Proceed *In Forma Pauperis*, ECF NO. 1, is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.      The Complaint, ECF No. 2, is **DEEMED** filed.

3.      The Complaint is **DISMISSED WITH PREJUDICE** as legally frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for the reasons in the Court's Opinion.

4.      The Motion for Preliminary Injunction Relief, ECF No. 3, is **DENIED**.

5.      The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge